# 112727

**UNITED STATES DISTRICT COURT**
**District of Minnesota**
**Clerk's Office, 708 Federal Building,**
**316 North Robert St., St. Paul, MN 55101, Phone: (651) 848-1100**

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number**: 01-cv-1036 **Case Title:** Kerry S. Taylor v. Palo Mutual Fire Ins., Ahrens Ins. Agency, and American Reliable Ins. Co.

**Affidavit of Movant**

I, Robert C. Barnes, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Gerald J. Nielsen, an attorney admitted to practice in the Eastern District of Louisiana, but not admitted to the bar of this Court, who will be counsel for the (✓) defendant American Reliable Insurance Company in the case listed above. I am aware that the local rules of this Court require that I participate in the preparation and presentation of the cases listed above, and that I accept service of all papers served.

[signature] 21825X 6-18-01
Signature MN Attorney License # Date

**Affidavit of Proposed Admittee**

I, Gerald J. Nielsen, am currently a member in good standing of the U.S. District Court for the Eastern District of Louisiana, but not admitted to the bar of this court. I understand that if this court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Gerald J. Nielsen [signature] 6-15-01
Type/Print Name Signature Date

Attorney License Number: 17078

Law Firm Name & Address: NIELSEN LAW FIRM
The Pelican Building
2121 Airline Drive, Suite 200
Metairie, Louisiana 70001

Telephone Number: (504) 837-2500 Fax: (504) 832-9165

Motion Granted: [signature: Francis E. Dosal] JUN 19 2001
For the Court: Francis E. Dosal , Clerk Date

FILED JUN 20 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____