UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Kerry Scott Taylor,

Plaintiff,

vs.

ORDER

Palo Mutual Fire Insurance,
Ahrens Insurance Agency, and
American Reliable Insurance
Company,

Defendants.

Civ. No. 01-1036 (MJD/RLE)

* * * * * * * * * * * * * * * * * *

To: Kerry Scott Taylor, 4244 Lost Lake Road,
Gilbert, Minnesota 55741

At Duluth, in the District of Minnesota, this 11th day of October, 2001.

* * *

The above-entitled matter came before the undersigned United States Magistrate Judge upon a general assignment made in accordance with Title 28 U.S.C. §636(b)(1)(A).

It appears from the record that this action was commenced in Minnesota State Court by the service of a Summons and Complaint upon the Defendant American Reliable Insurance Company ("American Reliable"). It is not clear from the record whether the Defendants Palo Mutual Fire Insurance ("Palo Mutual"), or Ahrens Insurance Agency ("Ahrens Insurance") were ever served. Thereafter, on June 8, 2000, American Reliable filed a Notice of Removal with this

FILED OCT 11 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK JHV

Court, and, on June 18, 2001, it filed an Answer to the Plaintiff's Complaint. No other Defendant in this case has made an appearance in this Court, however.

Thus, it appears that one hundred and twenty days (120) days have passed and the Defendants Palo Mutual and Ahrens Insurance have not been served with the Complaint and Summons, as required by Rule 4(m) of the Federal Rules of Civil Procedure.

WHEREFORE, It is --

ORDERED:

That the Plaintiff is directed to show good cause, in writing, within twenty (20) days of the date of this Order, for an extension of time in which service can be effectuated. In the absence of good cause shown, the Court shall Recommend that this action be dismissed for failure to effect proper service upon the Defendant and for failure of prosecution.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE