UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Kerry Scott Taylor,

Plaintiff,

vs. REPORT AND RECOMMENDATION

Palo Mutual Fire Insurance, Ahrens Insurance Agency, and American Reliable Insurance Company,

Defendants. Civ. No. 01-1036 (MJD/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 13th day of November, 2001.

* * *

This matter came before the undersigned United States Magistrate Judge upon a routine review of the cases filed in this Division, and upon an assignment made in accordance with Title 28 U.S.C. §636(b)(1)(A).

This action was commenced in Minnesota State Court. On June 8, 2001, the Defendant American Reliable Insurance Company filed a Notice of Removal to this Court and, on June 18, 2001, it filed an Answer to the Plaintiff's Complaint. On October 11, 2001, we advised the Plaintiff that it appeared that one hundred and twenty (120) days had passed, and yet the Defendants Palo Mutual Fire Insurance, and Ahrens Insurance Agency, had not been served with pro-

5

NOV 13 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

cess, as required by Rule 4(m), Federal Rules of Civil Procedure. As a result, we issued an Order which instructed, in part, as follows:

> That the Plaintiff is directed to show good cause, in writing, within twenty (20) days of the date of this Order, for an extension of time in which service can be effectuated. In the absence of good cause shown, the Court shall Recommend that this action be dismissed for failure to effect proper service upon the Defendants and for failure of prosecution.

The Plaintiff has failed to abide by the terms of our Order for, as of this date, more than a month has transpired, and we have not received any submission from the Plaintiff which shows good cause for any extension of time in which to perfect service of process. Therefore, consistent with our Order of October 11, 2001, and the notice contained therein, we recommend that the Defendants Palo Mutual Fire Insurance, and Ahrens Insurance Agency, be dismissed from this action.

WHEREFORE, It is --

RECOMMENDED:

That the Defendants Palo Mutual Fire Insurance, and Ahrens Insurance Agency, be dismissed on account of the Plaintiff's fail-

ure to comply with this Court's Order of October 11, 2001, for failure to effect proper service, and for lack of prosecution.

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

**NOTICE**

Pursuant to Rule 6(a), Federal Rules of Civil Procedure, D. Minn. LR1.1(f), and D. Minn. LR72.1(c)(2), any party may object to this Report and Recommendation by filing with the Clerk of Court, and by serving upon all parties **by no later than December 3, 2001,** a writing which specifically identifies those portions of the Report to which objections are made and the bases of those objections. Failure to comply with this procedure shall operate as a forfeiture of the objecting party's right to seek review in the Court of Appeals.

If the consideration of the objections requires a review of a transcript of a Hearing, then the party making the objections shall timely order and file a complete transcript of that Hearing **by no later than December 3, 2001,** unless all interested parties stipulate that the District Court is not required by Title 28 U.S.C. §636 to review the transcript in order to resolve all of the objections made.