UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

CIVIL FILE NO. 01-1036 (MJD/RLE)

---

**KERRY SCOTT TAYLOR**, CASE NO. 01 CV 1036 MJD/RLE

Plaintiff,

-vs-

**PALO MUTUAL FIRE INS.** and
**AMERICAN RELIABLE INS. CO.**,

Defendants.

---

**DISMISSAL WITH PREJUDICE, ORDER AND JUDGMENT**

---

**DISMISSAL**

The Plaintiff herein hereby dismisses the above-captioned matter, with prejudice, and without costs to any party.

Dated this 20 day of June, 2002.

**KERRY SCOTT TAYLOR**
Kerry Scott Taylor
4244 Lost Lake Road
Gilbert, MN 55741

**ORDER FOR DISMISSAL**

Pursuant to the foregoing Dismissal -

**IT IS HEREBY ORDERED** that the above-entitled action is dismissed with prejudice, and upon the merits but without further costs to any party.

FILED__________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________

Kerry Taylor v. Palo Mutual Fire Ins., et al, Civil No.: 01-1036 (MJD/RLE)

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated this 5th day of July, 2002.

UNITED STATES DISTRICT COURT

By Michael J. Davis

~~MILES~~ J. DAVIS, U. S. District Court Judge

Michael

**JUDGMENT**

Pursuant to the foregoing Dismissal and Order of the court -

**IT IS HEREBY ADJUDGED AND DECREED** that the above-entitled action is dismissed, with prejudice and upon the merits, but without further costs to any party.

Witness the Hon. Michael J. Davis at Minneapolis, Minnesota, this 5th day of July, 2002.

UNITED STATES DISTRICT COURT

By Michael J. Davis

~~MILES~~ J. DAVIS, U. S. District Court Judge

Michael